[No. 25667-3-II.  Division Two.  August 8, 2001.]

*In the Matter of the Marriage of* TRACY RENEE PAGEL, *Respondent*, and JEFFREY VERN ELKHART, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 83-3-00034-0, William Knebes, J. Pro Tem., entered July 14, 2000. *Affirmed* by unpublished opinion per Hunt, A.C.J., concurred in by Morgan and Houghton, JJ.

[No. 18587-7-III.  Division Three.  August 9, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDRES TORRES SOTO, *Appellant*.

Appeal from judgments of the Superior Court for Franklin County, No. 99-1-50009-1, Vic L. VanderSchoor and Dennis D. Yule, JJ., entered June 29 and July 14, 1999. *Affirmed* by unpublished opinion per Kurtz, C.J., concurred in by Schultheis and Brown, JJ.

[No. 19036-6-III.  Division Three.  August 9, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN EDWARD FLIEGER, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 99-1-00633-3, Craig J. Matheson, J., entered January 14, 2000. *Affirmed* by unpublished opinion per Kurtz, C.J., concurred in by Schultheis and Kato, JJ.

[No. 19426-4-III.  Division Three.  August 9, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. ELWOOD TSUGIO GLOSSBRENER, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 99-1-01897-0, C. James Lust, J., entered June 29, 2000. *Affirmed* by unpublished opinion per Kurtz, C.J., concurred in by Schultheis and Brown, JJ.